Certificate Number: 05781-MSS-DE-037174927

Bankruptcy Case Number: 21-01638



05781-MSS-DE-037174927

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 9, 2023, at 7:21 o'clock PM PST, Alex Taylor completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:  February 10, 2023

By:  /s/Allison M Geving

Name:  Allison M Geving

Title:  President