Certificate Number: 05781-MSS-DE-041205175

Bankruptcy Case Number: 21-01638



05781-MSS-DE-041205175

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 13, 2026, at 1:49 o'clock PM PDT, Carla Taylor completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   July 14, 2026                          By:   /s/Allison M Geving

                                               Name:   Allison M Geving

                                               Title:   President